AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

FILED
MAY 27 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
V.
**Alfredo RIVERA Briseno**   47

Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:22-m-01252,001

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 26, 2022__ in __Val Verde__ County, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

being an alien, did knowingly and willfully enter or attempt to enter the United States without the consent of the Secretary of Homeland Security to his reapplying for admission to the United States after having been denied admission, excluded, deported, or removed from the United States at or near Harlingen, Texas on or about December 21, 2021.

in violation of Title __8__ United States Code, Section(s) __1326__.

I further state that I am a(n) __CBP Officer (Enforcement)__ and that this complaint is based on the following facts: That on or about __May 26, 2022__

the DEFENDANT, an alien previously removed from the United States to Mexico, attempted to enter the United States from Mexico at the Del Rio, Texas Port of Entry. The DEFENDANT attempted to enter the United State from Mexico by fasely claiming to be a United States Citizen and persenting a Texas Birth Certificate in the name of Pablo C Morales Jr. with a date of birth of June 13, 1980. The DEFENDANT was previously ordered Deported / Removed and had not received authorization from the Attorney General or from the Secretary of Homeland Security to reapply for admission to the United States following his last deportation removal on December 21, 2021 at or near Harlingen, Texas.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Jesus S Martinez, CBPO (E)
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 27, 2022                                        at    Del Rio, Texas
Date                                                       City and State

Collis White
United States Magistrate Judge
Name & Title of Judicial Officer                           Signature of Judicial Officer